Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Tullio J. Marchionne
Nevada Bar No. 4684
tullio.marchionne@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Capital One Services II, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NATASHA PORTEOUS on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL ONE SERVICES II, LLC and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 2:17-cv-02866-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT CAPITAL ONE SERVICES II, LLC TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Natasha Porteous ("Plaintiff") and Defendant Capital One Services II, LLC ("Defendant") hereby stipulate to an extension of time up to and including December 27, 2017 in which to respond to Plaintiff's First Amended Complaint.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

This is the first request for an extension of time to respond to the First Amended Complaint. On December 15, 2017, the Court withdrew, without prejudice, Defendant's Motion to Dismiss Plaintiff's original Complaint (ECF No. 9). Counsel requires adequate time to investigate the allegations and prepare an appropriate response to the now operative First Amended Complaint. This request is sought in good faith and not for purposes of delay.

DATED this 19th day of December, 2017.   DATED this 19th day of December, 2017.

THIERMAN BUCK LLP   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C

/s/ *Leah L. Jones*   /s/ *Anthony L. Martin*

Mark R. Thierman
Nevada Bar No. 8285
Joshua D. Buck
Nevada Bar No. 12187
Leah L. Jones
Nevada Bar No. 13161
7287 Lakeside Drive
Reno, NV 89511
*Attorneys for Plaintiffs Natasha Porteous on behalf of herself and all others similarly situated*

Anthony L. Martin
Nevada Bar No. 8177
Tullio J. Marchionne
Nevada Bar No. 4684
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant Capital One Services II, LLC*

**ORDER**

IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE

DATED: __12/20/2017_____