Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Tullio J. Marchionne
Nevada Bar No. 4684
tullio.marchionne@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Capital One Services II, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NATASHA PORTEOUS on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL ONE SERVICES II, LLC and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 2:17-cv-02866-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR: (i) DEFENDANT TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b); AND (ii) PLAINTIFF TO FILE HER REPLY TO THE OPPOSITION**<br><br>**(First Request)** |

Plaintiff Natasha Porteous ("Plaintiff") and Defendant Capital One Services II, LLC ("Defendant") hereby stipulate to an extension of time: (i) up to and including April 20, 2018, for Defendant to file its Opposition to Plaintiff's Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b); and (ii) up to two weeks from the filing of Defendant's Opposition for Plaintiff to file her Reply to Defendant's Opposition.

. . .

. . .

This is the first request for an extension of time to file an Opposition to Plaintiff's Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b) and a Reply to the Opposition. First, Plaintiff's Motion inadvertently did not include declarations referred to and relied upon therein, including the declarations of Plaintiff, Ayesha Elliot, Chidi Emetanjo, and Cole Squires. Those declarations will be filed by Plaintiff via an Errata. Also, certain of Defendant's representatives necessary to assist outside counsel in responding to the Motion are out of the office and unavailable during the week of April 2, 2018. Lastly, counsel for Defendant requires adequate time to investigate the allegations contained within Plaintiff's Motion and the to-be-filed declarations, and the opportunity to consult with their client in order to prepare an Opposition to Plaintiff's Motion.

This request is sought in good faith and not for purposes of delay.

Dated this 30th day of March, 2018.

| THIERMAN BUCK LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C |
|---|---|
| /s/ JOSHUA D. BUCK | /s/ ANTHONY L. MARTIN |
| Mark R. Thierman | Anthony L. Martin |
| Joshua D. Buck | Tullio J. Marchionne |
| Leah L. Jones | Wells Fargo Tower |
| 7287 Lakeside Drive | Suite 1500 |
| Reno, NV 89511 | 3800 Howard Hughes Parkway |
| *Attorneys for Plaintiffs Natasha Porteous on behalf of herself and all others similarly situated* | Las Vegas, NV 89169 |
| | *Attorneys for Defendant Capital One Services II, LLC* |

**ORDER**

IT IS SO ORDERED:

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

April 2, 2018
DATE