Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Tullio J. Marchionne
Nevada Bar No. 4684
tullio.marchionne@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Capital One Services II, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NATASHA PORTEOUS on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL ONE SERVICES II, LLC and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 2:17-cv-02866-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR (i) DEFENDANT TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b) AND (ii) PLAINTIFF TO FILE HER REPLY TO THE OPPOSITION**<br><br>**(Second Request)** |

Plaintiff Natasha Porteous ("Plaintiff") and Defendant Capital One Services II, LLC ("Defendant") hereby stipulate to an extension of time: (i) up to and including May 4, 2018 for Defendant to file its Opposition to Plaintiff's Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b), and (ii) up to and including May 18, 2018 for Plaintiff to file her Reply to Defendant's Opposition.

This is the second request for an extension of time to file an Opposition to Plaintiff's Motion for Circulation of Notice Pursuant to 29 U.S.C. § 216(b) and a Reply to the Opposition. The parties' first request, which was granted by this Court, granted the following deadlines: (i) up to and including April 20, 2018 for Defendant to file its Opposition to Plaintiff's Motion for Circulation of

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

Notice Pursuant to 29 U.S.C. § 216(b), and (ii) up to two weeks from the filing of Defendant's Opposition for Plaintiff to file her Reply to Defendant's Opposition.

This second request is made due to Defendant's counsels' vacation and travel schedules. Counsel requires adequate time to consult with Defendant's various representatives in order to thoroughly investigate the allegations contained within Plaintiff's motion in order to prepare an Opposition to Plaintiff's Motion.

This request is sought in good faith and not for purposes of delay.

DATED this 12th day of April, 2018.     DATED this 12th day of April, 2018.

THIERMAN BUCK LLP

/s/ LEAH L. JONES
Mark R. Thierman
Nevada Bar No. 8285
Joshua D. Buck
Nevada Bar No. 12187
Leah L. Jones
Nevada Bar No. 13161
7287 Lakeside Drive
Reno, NV 89511
*Attorneys for Plaintiffs Natasha Porteous on behalf of herself and all others similarly situated*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C

/s/ ANTHONY L. MARTIN
Anthony L. Martin
Nevada Bar No. 8177
Tullio J. Marchionne
Nevada Bar No. 4684
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant Capital One Services II, LLC*

**ORDER**

IT IS SO ORDERED:  _____
UNITED STATES DISTRICT JUDGE

DATED:  April 18, 2018

33715635.1

2