**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATASHA PORTEOUS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE SERVICES II, LLC[1]; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.:   2:17-CV-02866-JCM-GWF<br><br>**STIPULATION AND ORDER TO STAY ALL PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS**<br><br>**[FIRST REQUEST]** |

Plaintiff NATASHA PORTEOUS ("Plaintiff") and Defendant CAPITAL ONE SERVICES, LLC ("Defendant") collectively "the Parties", by and through their respective counsel of record, hereby stipulate and agree to stay all proceedings in this action for sixty (60) days to allow the Parties time to engage in settlement discussions.

The Parties further agree to notify the Court at the end of the 60-day stay whether the Parties were able to resolve the matter.

---

[1] Defendant is incorrectly named.  The correct name for Defendant is Capital One Services, LLC.

IT IS SO STIPULATED:

DATED this 30th day of June, 2020.                    DATED this 30th day of June, 2020.

Thierman Buck, LLP                                    Ogletree, Deakins, Nash, Smoak & Stewart, P.C

/s/ Joshua D. Buck                                    /s/ Suzanne L. Martin
Mark R. Thierman                                      Anthony L. Martin
Nevada Bar No. 8285                                   Nevada bar No. 8177
Joshua D. Buck                                        Suzanne L. Martin
Nevada Bar No. 12187                                  Nevada Bar No. 8833
Leah L. Jones                                         Wells Fargo Tower
Nevada Bar No. 13161                                  Suite 1500
7287 Lakeside Drive                                   3800 Howard Hughes Parkway
Reno, NV  89511                                       Las Vegas, NV  89169

*Attorneys for Plaintiffs Natasha Porteous on behalf of herself and all others similarly situated*     *Attorneys for Defendant Capital One Services, LLC*

**ORDER**

IT IS SO ORDERED.

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

July 6, 2020
_____
DATED

43350261.1