# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATASHA PORTEOUS, | Case No. 2:17-CV-2866 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| CAPITAL ONE SERVICES II, LLC, | |
| Defendant(s). | |

Presently before the court is the matter of Porteous v. Capital One Services, LLC, case number 2:17-cv-02866-JCM-GWF. The court reopened this case after an appeal to the Ninth Circuit. (ECF Nos. 50; 54). On June 30, 2020, the parties stipulated to stay this action for 60 days in order to engage in settlement discussions. (ECF No. 56). The court granted the parties' stipulation.

The court notes that this case is currently referred to Magistrate Judge Foley, who retired while this case was pending before the Ninth Circuit. Although this case is stayed, the court orders the appointment of a new magistrate judge.

Accordingly,

IT IS SO ORDERED.

DATED July 6, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**