ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Capital One Services, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NATASHA PORTEOUS on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL ONE SERVICES II, LLC and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 2:17-cv-02866-JCM-DJA<br><br>**STIPULATION AND ORDER TO STAY ALL PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS**<br><br>**(SECOND REQUEST)** |

Plaintiff Natasha Porteous ("Plaintiff") and Defendant Capital One Services, LLC (erroneously named as Capital One Services, II, LLC) ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to stay all proceedings in this action for an additional forty-five (45) days from the date of the signing of an Order to allow the parties time to continue settlement discussions.

The parties agree to notify the Court at the end of the 45-day stay whether the parties were able to resolve the matter.

. . .

. . .

. . .

IT IS SO STIPULATED.

DATED this 17th day of September, 2020.   DATED this 17th day of September, 2020.

THIERMAN BUCK LLP   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Joshua D. Buck*   /s/ *Suzanne L. Martin*

| | |
|---|---|
| Mark R. Thierman | Anthony L. Martin, |
| Nevada Bar No. 8285 | Nevada Bar No. 8177 |
| Joshua D. Buck | Suzanne L. Martin |
| Nevada Bar No. 12187 | Nevada Bar No. 8833 |
| Leah L. Jones | Wells Fargo Tower |
| Nevada Bar No. 13161 | Suite 1500 |
| 7287 Lakeside Drive | 3800 Howard Hughes Parkway |
| Reno, NV  89511 | Las Vegas, NV  89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Capital One Services, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

October 2, 2020
_____
DATED

2