AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Natasha Porteous,

                Plaintiff,

v.

Capital One Services II, LLC,

                Defendant.

JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES

Case Number: 2:17-cv-02866-JCM-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that attorneys fees are awarded in favor of Class Counsel in the amount of $166,500.

7/29/2021
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk