**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Anthony L. Martin, Nev. Bar No. 8177
anthony.martin@ogletreedeakins.com
Suzanne L. Martin, Nev. Bar No. 8833
Suzanne.martin@ogletreedeakins.com
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: (702) 369-6800
Fax:  702) 369-6888

*Attorneys for Defendant Capital One Services, II, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATASHA PORTEOUS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE SERVICES II, LLC; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.:   2:17-CV-02866-JCM-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

/ / /

/ / /

/ / /

**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com www.thiermanbuck.com

Plaintiff NATASHA PORTEOUS ("Plaintiff") and Defendant CAPITAL ONE SERVICES II, LLC ("Defendant') collectively "the Parties", by and through their respective counsel of record, hereby stipulate that this action be dismissed with prejudice pursuant to this Court's Order Granting Motion for Final Approval of Class Action Settlement (ECF No. 78).

DATED this 7th day of January, 2022.           DATED this 7th day of January, 2022.

**Thierman Buck, LLP**                          **Ogletree, Deakins, Nash, Smoak & Stewart, P.C**

/s/ *Leah L. Jones*                             /s/ *Suzanne L. Martin*
Mark R. Thierman                                Anthony L. Martin
Nevada Bar No. 8285                             Nevada Bar No. 8177
Joshua D. Buck                                  Suzanne L. Martin
Nevada Bar No. 12187                            Nevada Bar No. 8833
Leah L. Jones                                   10801 W. Charleston Blvd., Suite 500
Nevada Bar No. 13161                            Las Vegas, NV  89135
7287 Lakeside Drive                             *Attorneys for Defendant Capital One Services II, LLC*
Reno, NV  89511
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED:

DATED January 19, 2022

_____
UNITED STATES DISTRICT JUDGE